# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**SIKHS FOR JUSTICE, et al.,**
        Plaintiffs,

    v.                                  Case No. 12-CV-00806

**PARKASH SINGH BADAL,**
        Defendant.

## DECISION AND ORDER

On July 26, 2013, I denied plaintiffs' motion to modify or correct the record on appeal by adding the deposition of Darshan Dhaliwal. Plaintiffs now make the same request in a second motion to modify the record. I will deny the request for the reasons stated in my earlier order. Plaintiffs never submitted a copy of the deposition to me for review, either by electronically filing it or by otherwise submitting it to this court. Therefore, I did not consider it and it should not be part of the record on appeal.

**THEREFORE, IT IS ORDERED** that plaintiffs' renewed motion to modify or correct the record on appeal (Docket #60) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 2nd day of October, 2013.

                                            s/ Lynn Adelman
                                            _____
                                            LYNN ADELMAN
                                            District Judge